UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL GOOD dba CASTLE ROCK VINEYARDS,<br><br>Plaintiffs,<br><br>vs.<br><br>ORIENT OVERSEAS CONTAINER LINE LIMITED,<br><br>Defendants.<br>_____/ | CASE NO. 1:06-cv-01401 AWI GSA<br><br>**ORDER REGARDING STIPULATION CONTINUING PLAINTIFF'S MOTION FOR ORDER COMPELLING DISCOVERY**<br>(Doc. 20) |

Pursuant to the stipulation of the parties filed on April 28, 2008, IT IS HEREBY ORDERED that Plaintiff's Motion for Order Compelling Discovery currently scheduled for hearing on May 9, 2008, at 9:30 a.m., in Courtroom 10, before the undersigned be continued to **June 20, 2008**, at 9:30 a.m., in Courtroom 10.

IT IS SO ORDERED.

Dated:  **April 28, 2008**          /s/ **Gary S. Austin**
                    UNITED STATES MAGISTRATE JUDGE