UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| AL GOOD dba CASTLE ROCK VINEYARDS, | CASE NO. 06-CV-01401-AWI-GSA |
|---|---|
| Plaintiffs, | |
| v. | |
| ORIENT OVERSEAS CONTAINER LINE LIMITED | **STIPULATION RESETTING TRIAL AND PRE-TRIAL DATES; AND ORDER THEREON** |
| Defendants. | |

The parties have filed the following stipulation:

IT IS HEREBY STIPULATED by and between counsel for all the parties that the Trial and Pre-Trial dates be rescheduled. The parties have engaged in some discovery, are awaiting additional documents, have depositions scheduled in the United Kingdom and in California, and anticipate scheduling a Mediation. Therefore, the parties have stipulated as follows:

Discovery Cut-Off (Non-Expert):

    Old Date:    June 27, 2008

    ***New Date:    April 3, 2009***

Initial Expert Witness Disclosure:

    Old Date:    May 30, 2008

    ***New Date:    January 16, 2009***

Supplemental Expert Witness Disclosure:

    Old Date:    June 27, 2008

    ***New Date:    February 13, 2009***

1  Discovery Cut-Off (Expert):
2        Old Date:    August 1, 2008
3        ***New Date:    April 21, 2009***
4  Non-Dispositive Motion
5        Old Filing Deadline:    August 1, 2008
6        Old Hearing Date:       August 25, 2008
7        ***New Filing Deadline:    January 12, 2009***
8        ***New Hearing Date:       February 2, 2009***
9  Dispositive Motion
10       Old Filing Deadline:    August 1, 2008
11       Old Hearing Date:       September 8, 2008
12       ***New Filing Deadline:    January 12, 2009***
13       ***New Hearing Date:       February 17, 2009***
14 Settlement Conference Date:
15       Old Date: September 9, 2008, at 10:00 a.m., Courtroom 10 (GSA)
16       ***New Date: February 10, 2009, at 10:00 a.m., Courtroom 10 (GSA)***
17 Pre-Trial Conference Date:
18       Old Date: October 24, 2008, at 8:30 a.m., Courtroom 2
19       ***New Date: March 27, 2009, at 8:30 a.m., Courtroom 2***
20 Trial Date: (Court Trial: 4 days)
21       Old Date: December 2, 2008, at 8:30 a.m., Courtroom 2 (JT– 6-7 days)
22       ***New Date: May 12, 2009, 2008, at 8:30 a.m., Courtroom 2 (JT– 6-7***
23 ***days)***
24       This stipulation may be signed in counterpart and a faxed copy may be
25 presented to the Court.
26
27
28

1  DATED:  May 7, 2008.

2

3

4                                                            By:         /s/   Stephen R. Cornwel

5                                                                  Stephen R. Cornwell
                                                                  Attorneys for Plaintiffs
6                                                                  CASTLEROCK VINEYARDS

7

8

9
   DATED:  May 7, 2008.
10

11

12

13                                                           By:         /s/   Eric Danoff

14                                                                  Eric Danoff
                                                                  Attorneys for Defendant
15                                                            ORIENT OVERSEAS CONTAINER LINE
                                                                         LIMITED
16

17

18

19                                              **ORDER**

20                 In accordance with the stipulation, IT IS SO ORDERED.

21

22  IT IS SO ORDERED.

23  **Dated:   May 8, 2008**                       **/s/ Anthony W. Ishii**
                                                   UNITED STATES DISTRICT JUDGE
24

25

26

27

28