1  Stephen R. Cornwell, CA Bar #40737           (SPACE BELOW FOR FILING STAMP ONLY)
   Attorneys at Law
2  CORNWELL & SAMPLE, LLP
   7045 N. Fruit Avenue
3  Fresno, CA 93711
   Telephone: (559) 431-3142
4
   Attorneys for Plaintiff AL GOOD dba CASTLE
5  ROCK VINEYARDS

6

7

8              UNITED STATES DISTRICT COURT

9        EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| AL GOOD dba CASTLE ROCK VINEYARDS,<br><br>              Plaintiffs,<br><br>v.<br><br>ORIENT OVERSEAS CONTAINER LINE LIMITED<br><br>              Defendants. | CASE NO. 06-CV-01401-AWI-GSA<br><br>**STIPULATION RESETTING TRIAL AND PRE-TRIAL DATES; AND ORDER THEREON** |

17        IT IS HEREBY STIPULATED by and between counsel for all the parties that
18  the Trial and Pre-Trial dates be rescheduled.  The parties have engaged in extensive
19  discovery with numerous documents being exchanged, have taken depositions in California
20  and have traveled to the United Kingdom and taken ten (10) depositions with additional
21  depositions remaining to be completed by telephone, and additional written discovery is
22  pending. The parties anticipate scheduling a Mediation once the additional discovery that
23  is pending is completed. Therefore, the parties have stipulated as follows:
24        <u>Discovery Cut-Off (Non-Expert)</u>:
25             Old Date:    April 3, 2009
26             ***New Date:    August 27, 2009***
27        <u>Initial Expert Witness Disclosure</u>:
28             Old Date:    January 16, 2009

STIPULATION RESETTING TRIAL AND PRE-TRIAL DATES; AND ORDER THEREON

|   |   |
|---|---|
| 1 | ***New Date:*** **June 12, 2009** |
| 2 | Supplemental Expert Witness Disclosure: |
| 3 | Old Date:     February 13, 2009 |
| 4 | ***New Date:*** **July 10, 2009** |
| 5 | Discovery Cut-Off (Expert): |
| 6 | Old Date:     April 21, 2009 |
| 7 | ***New Date:*** **September 15, 2009** |
| 8 | Non-Dispositive Motion |
| 9 | Old Filing Deadline:          January 12, 2009 |
| 10 | Old Hearing Date:            February 2, 2009 |
| 11 | ***New Filing Deadline:        June 2, 2009*** |
| 12 | ***New Hearing Date:         July 7, 2009*** |
| 13 | Dispositive Motion |
| 14 | Old Filing Deadline:          January 12, 2009 |
| 15 | Old Hearing Date:            February 17, 2009 |
| 16 | ***New Filing Deadline:        June 9, 2009*** |
| 17 | ***New Hearing Date:         July 14, 2009*** |
| 18 | Settlement Conference Date: |
| 19 | Old Date: February 10, 2009, at 10:00 a.m., Courtroom 10 (GSA) |
| 20 | ***New Date: July 7, 2009, at 10:00 a.m., Courtroom 10 (GSA)*** |
| 21 | Pre-Trial Conference Date: |
| 22 | Old Date: March 27, 2009, at 8:30 a.m., Courtroom 2 |
| 23 | ***New Date: August 7, 2009, at 8:30 a.m., Courtroom 2*** |
| 24 | Trial Date: (Court Trial: 10 days) |
| 25 | Old Date: May 12, 2009, 2008, at 8:30 a.m., Courtroom 2 (JT– 6-7 days) |
| 26 |   |
| 27 |   |
| 28 |   |

1                  *New Date: October 6, 2009, at 8:30 a.m., Courtroom 2 (JT – 10 days)*

2          This stipulation may be signed in counterpart and a faxed copy may be presented to the Court.

4 DATED:   December 15, 2008.

                                                           CORNWELL & SAMPLE, LLP

                                         By:   /s/ Stephen R. Cornwell
                                                            Stephen R. Cornwell
                                                            Attorneys for Plaintiffs
                                                            CASTLEROCK VINEYARDS

12 DATED:   December 13, 2008.

                                                            EMARD DANOF PORT
                                                            TAMULSKI & PAETZOLD LLP

                                                          By:   /s/ Eric Danoff
                                                            Eric Danoff
                                                            Attorneys for Defendant
                                                            ORIENT OVERSEAS CONTAINER LINE
                                                            LIMITED

21                                                          **ORDER**

22 IT IS SO ORDERED.

     **Dated:   December 17, 2008**         /s/ Anthony W. Ishii
                                                      CHIEF UNITED STATES DISTRICT JUDGE