Stephen R. Cornwell, CA Bar #40737        (SPACE BELOW FOR FILING STAMP ONLY)
Judith M. Harless, #64784
Attorneys at Law
CORNWELL & SAMPLE, LLP
7045 N. Fruit Avenue
Fresno, CA 93711
Telephone: (559) 431-3142

Attorneys for Plaintiff AL GOOD dba CASTLE
ROCK VINEYARDS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| AL GOOD dba CASTLE ROCK VINEYARDS,<br><br>    Plaintiffs,<br><br>v.<br><br>ORIENT OVERSEAS CONTAINER LINE LIMITED<br><br>    Defendants. | CASE NO. 06-CV-01401-AWI-GSA<br><br>**STIPULATION RESETTING TRIAL AND PRE-TRIAL DATES; AND ORDER THEREON** |

IT IS HEREBY STIPULATED by and between counsel for all the parties that the Trial and Pre-Trial dates be rescheduled. The parties have engaged in extensive discovery with numerous documents being exchanged, have taken numerous depositions in California and have traveled to the United Kingdom and taken ten (10) depositions with additional depositions of witnesses from the United Kingdom being deposed in person in California and also by telephone, and additional written discovery is pending. The parties have scheduled a Mediation with Honorable Edward A. Infante (Retired) of JAMS on September 23, 2009. Therefore, the parties have stipulated as follows:

Discovery Cut-Off (Non-Expert):

   Old Date:    August 27, 2009

   ***New Date:    January 22, 2010***

/ / /

1   Initial Expert Witness Disclosure:
2       Old Date:    June 12, 2009 (extended by agreement to July 10, 2009)
3       ***New Date:    November 20, 2009***
4   Supplemental Expert Witness Disclosure:
5       Old Date:    July 10, 2009 (extended by agreement to August 7, 2009)
6       ***New Date:    December 18, 2009***
7   Discovery Cut-Off (Expert):
8       Old Date:    September 15, 2009
9       ***New Date:    January 22, 2010***
10  Non-Dispositive Motion
11      Old Filing Deadline:        June 2, 2009
12      Old Hearing Date:           July 7, 2009
13      ***New Filing Deadline:        December 8, 2009***
14      ***New Hearing Date:           January 12, 2010***
15  Dispositive Motion
16      Old Filing Deadline:        June 9, 2009
17      Old Hearing Date:           July 14, 2009
18      ***New Filing Deadline:        December 15, 2009***
19      ***New Hearing Date:           January 19, 2010***
20  Settlement Conference Date:
21      Old Date:  July 7, 2009, at 10:00 a.m., Courtroom 10 (GSA)
22      ***New Date:    February 2010***
23  Pre-Trial Conference Date:
24      Old Date: *August 7, 2009, at 8:30 a.m., Courtroom 2*
25      ***New Date: March 12, 2010, at 8:30 a.m., Courtroom 2***
26  Trial Date: (Court Trial: 10 days)
27      Old Date: ***October 6, 2009, at 8:30 a.m., Courtroom 2 (JT – 10 days)***
28      ***New Date: April 13, 2010, at 8:30 am., Courtroom 2 (JT 10 days)***

1  This stipulation may be signed in counterpart and a faxed copy may be
2  presented to the Court.

3  DATED: June 18, 2009.                    CORNWELL & SAMPLE, LLP

5                                           By: /s/    Stephen R. Cornwell
6
7                                              Stephen R. Cornwell
                                                Judith M. Harless
                                                Attorneys for Plaintiffs
8                                              CASTLEROCK VINEYARDS

10 DATED: June 19, 2009.                    EMARD DANOF PORT
                                            TAMULSKI & PAETZOLD LLP

13                                          By:    /s/    Eric Danoff
14                                             Eric Danoff
                                               Attorneys for Defendant
15                                             ORIENT OVERSEAS CONTAINER LINE
   LIMITED

18                          **ORDER**

19 IT IS SO ORDERED.

20 **Dated:  June 22, 2009**            /s/ **Anthony W. Ishii**
                                        CHIEF UNITED STATES DISTRICT JUDGE